# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Rana Domomdon,

        Debtor(s). /

Case No.: 10-10430

Chapter: 13

## ORDER OF DISMISSAL

On February 18, 2010, the Court issued its Order to File Required Documents, giving the debtor notice that unless the listed documents were timely filed or a hearing was requested this Chapter 13 case might be dismissed. The debtor having failed to file all the required documents or request a hearing,

IT IS ORDERED that this Chapter 13 case is dismissed.

Dated: March 2, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge